UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FISNIK MAXHUNI,                Plaintiff(s), <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br>               Defendant(s). | 23-CV-9076 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On October 16, 2023, Plaintiff filed a Complaint in the Nature of Mandamus, seeking an order requiring Defendants' to adjudicate Plaintiff's application for asylum. On October 25, 2023, Defendants appeared.

It is hereby **ORDERED** that by **November 22, 2023**, Plaintiff shall file a memorandum of law in support of her request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **December 22, 2023**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **January 5, 2024**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

SO ORDERED.

Dated: October 26, 2023
        New York, New York

                                                            DALE E. HO
                                           United States District Judge