UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FISNIK MAXHUNI,

                    Plaintiff,

   -against-                                                23 **CIVIL** 9076 (DEH)

## JUDGMENT

ALEJANDRO MAYORKAS, et al.,

                    Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 18, 2024, Plaintiff's application for a writ of mandamus is DENIED and Defendants' motion to dismiss the Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      June 20, 2024

                                                                       **DANIEL ORTIZ**
                                                                  **Acting Clerk of Court**

                    **BY:**

                                                                      **Deputy Clerk**